IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA CALDERON | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-04072 |
| | § | |
| FIESTA MART, LLC D/B/A FIESTA MART #31 and B&G REAL ESTATE PARTNERSHIP | § § § | |
| *Defendants*. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

The parties have settled this case and reached an agreement to dismiss with prejudice all claims brought by Plaintiff MARIA CALDERON against Defendant FIESTA MART, LLC.

Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(ii), it is hereby stipulated by Plaintiff MARIA CALDERON and Defendant that the above-entitled action against Defendant FIESTA MART, LLC be and is hereby dismissed with prejudice to Plaintiff's right to reinstate same, and that all costs herein incurred be taxed to the party incurring same. Further, the parties request that the Court dismiss this case, in its entirety, with prejudice.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

**HINOJOSA LAW, PLLC**

_____
**RICHARD A. HINOJOSA**
State Bar No. 24068885
Federal Bar No. 1143270
**NOE A. GONZALEZ**
State Bar No. 24106013
Federal Bar No. 3380165
3904 Brandt Street
Houston TX 77006
(713) 884-1663 Telephone
(713) 422-2493 Facsimile
*ATTORNEYS FOR PLAINTIFF*

*- AND -*

**COX, P.L.L.C**

_____
**CLINTON V. COX**
State Bar No. 24040738
Federal Bar No. 36874
ccox@coxpllc.com
Main Office: 8144 Walnut Hill Lane, Ste. 1090
Dallas, Texas 75231
Main: (214) 444-7050
Fax: (469) 340-1884

**STACEY L. SEVEROVICH**
Texas Bar No. 24088393
Federal Bar No. 2173967
sseverovich@coxpllc.com
Local Office: 2200 Post Oak Blvd., Ste. 1550
Houston, Texas 77056
Direct: (713) 817-5226
Fax: (469) 340-1884
*ATTORNEYS FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on DECEMBER 15, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas – Houston Division, using the electronic case filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

**Clinton V. Cox, IV**
**Stacey L. Severovich**