IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA CALDERON<br>　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:23-CV-04072 |
| FIESTA MART, LLC D/B/A FIESTA MART #31 and B&G REAL ESTATE PARTNERSHIP<br>　*Defendants*. | §<br>§<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Agreed Stipulation of Dismissal with Prejudice against Defendant FIESTA MART, LLC is hereby granted. There being no other parties or matters pending, this lawsuit, cause, and all claims by Plaintiff MARIA CALDERON are hereby DISMISSED WITH PREJUDICE.

Each party will bear their own litigation expenses, fees, and costs.

SIGNED this ____ day of _____, 2025.

_____
HONORABLE JUDGE
UNITED STATES DISTRICT COURT