United States District Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA CALDERON<br>　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:23-CV-04072 |
| FIESTA MART, LLC D/B/A FIESTA MART #31 and B&G REAL ESTATE PARTNERSHIP<br>　*Defendants*. | §<br>§<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Agreed Stipulation of Dismissal with Prejudice against Defendant FIESTA MART, LLC (ECF 45) is hereby granted. There being no other parties or matters pending, this lawsuit, cause, and all claims by Plaintiff MARIA CALDERON are hereby DISMISSED WITH PREJUDICE.

Each party will bear their own litigation expenses, fees, and costs.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this 16th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
KEITH P. ELLISON
UNITED STATES DISTRICT COURT